Case 1:20-cv-01536-DLC   Document 9   Filed 05/13/20   Page 1 of 1



| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

**ATTORNEYS AT LAW**

**nmllplaw.com**

May 13, 2020

**VIA ECF**
The Honorable Judge Denise L. Cote
Gloria Rojas, Courtroom Deputy
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re: *1:20-cv-01536 – Mark G. Anderson Consultants, Inc. v. Citigroup Technology, Inc.*
      Request for Adjournment

Dear Judge Cote,

The Plaintiff respectfully requests, through their undersigned counsel, that the conference scheduled for May 15, 2020 at 2:30 PM [ECF No. 6] in the above noted matter be adjourned until July 17, 2020. Neither party has requested an adjournment or extension in this matter. Although Defendant Citigroup Technology, Inc. has not formally retained external counsel, the parties are currently engaged in discussions to hopefully resolve the matter.

```
Denied.  5.13.2020.

     /s/ Denise Cote
_____
        DENISE COTE
  United States District Judge
```

**NESENOFF & MILTENBERG, LLP**

By: */s/ Andrew T. Miltenberg*
      **Andrew T. Miltenberg, Esq.**
      **Regina M. Federico, Esq.** *(pro hac vice pending)*

*Attorneys for Plaintiff*
*Mark G. Anderson Consultants, Inc.*